**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>    SIERRA JULIA JOSEPH<br><br>              Debtor(s) | Case No. 25-56319-PMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>06/05/2025</u>.

    2) The plan was confirmed on <u>NA</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

    5) The case was dismissed on <u>08/28/2025</u>.

    6) Number of months from filing to last payment: <u>1</u>.

    7) Number of months case was pending: <u>8</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>$11,275.00</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $100.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$100.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACIMA CREDIT | Unsecured | 3,476.00 | NA | NA | 0.00 | 0.00 |
| AIDVANTAGE ON BEHALF OF: THE D | Unsecured | 42,484.00 | 42,999.15 | 42,999.15 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 25,471.00 | 25,841.39 | 25,841.39 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| ATLAS CREDIT CARD | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 547.00 | 1,487.55 | 1,487.55 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | NA | 1,944.42 | 1,944.42 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | NA | 1,657.42 | 1,657.42 | 0.00 | 0.00 |
| CITIZENS BANK N.A | Unsecured | NA | 2,635.20 | 2,635.20 | 0.00 | 0.00 |
| CREDENCE RESOURCE MANAGEME | Unsecured | 4,363.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| DHP OF PIEDMONT PC | Unsecured | NA | 283.00 | 283.00 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INPHYNET PRMRY CARE PHY SE, PC | Unsecured | NA | 61.56 | 61.56 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| LEWIS, MCDONNELL AND ASSOCIAT | Unsecured | 2,951.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | 311.70 | 311.70 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 0.00 | 419.81 | 419.81 | 0.00 | 0.00 |
| MoneyLion Inc. | Unsecured | 0.00 | 166.92 | 166.92 | 0.00 | 0.00 |
| MONEYLION, INC | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,619.00 | 697.70 | 697.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 483.55 | 483.55 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 439.71 | 439.71 | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Unsecured | 10,186.00 | NA | NA | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Secured | 6,000.00 | 10,448.16 | 10,448.16 | 0.00 | 0.00 |
| REPUBLIC FINANCE, LLC | Unsecured | NA | 7,522.77 | 7,522.77 | 0.00 | 0.00 |
| SEZZLE | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WOLF FURNITURE | Unsecured | 7,994.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY | Unsecured | 0.00 | NA | 100.00 | 100.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | 103.00 | 98.11 | 98.11 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T MOBILE/T-MOBILE USA INC BY AIS | Unsecured | NA | 323.72 | 323.72 | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY AIS | Unsecured | 1,086.00 | 891.31 | 891.31 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 2,034.00 | 1,995.44 | 1,995.44 | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP. | Unsecured | 12,313.00 | 9,979.99 | 9,979.99 | 0.00 | 0.00 |
| ZIONS DEBT HOLDINGS, LLC | Unsecured | 1,293.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $36,289.55 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$36,289.55** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$74,499.03** | **$100.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS :** | **$100.00** |

**UST Form 101-13-FR-S (9/1/2009)**

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/21/2026                               By: /s/ Melissa J. Davey
                                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                         )          CASE NO. 25-56319-PMB
SIERRA JULIA JOSEPH            )
                                                    )
                                                    )
DEBTOR                                     )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
SIERRA JULIA JOSEPH
229 KLINETOP DRIVE
MCDONOUGH, GA  30253

Dated:  01/21/2026                              /s/ Melissa J. Davey
                                                            Melissa J. Davey, Chapter 13 Trustee
                                                            State Bar No. 206310
                                                            Standing Chapter 13 Trustee
                                                            233 PEACHTREE STREET NE
                                                            SUITE 2250
                                                            Atlanta, GA  30303
                                                            (678)510-1444

**UST Form 101-13-FR-S (9/1/2009)**